UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD

CASE NO.: 2:24-cv-02009

MARCO VERCH,

            Plaintiff,

v.

PORTLAND AUTOMOTIVE, INC.,

            Defendant.

### CERTIFICATE OF INTERESTED PERSONS
### AND
### CORPORATE DISCLOSURE STATEMENT

Plaintiff MARCO VERCH ("Verch"), by and through his undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| | |
|---|---|
| Marco Verch | **Plaintiff** |
| Joseph A. Dunne | **Plaintiff's Counsel** |
| Joel B. Rothman | **Plaintiff's Counsel** |
| SRIPLAW, P.A. | **Plaintiff's Counsel** |
| Portland Automotive, Inc | **Defendant** |

**Verch states that he is an individual and not a corporation.**

**Verch further states that there are no other persons, associations or persons, firms, partnerships, guarantors, insurers, affiliates, parent or subsidiary corporations, or other**

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

**legal entities that are financially interested in the outcome of the case other than the parties to this action and their respective counsel.**

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

**None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

**Marco Verch**

I hereby certify that, except as disclosed above, I am unaware of any action or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 18, 2024                    Respectfully submitted,

*/s/ Joseph A. Dunne*
JOSEPH A. DUNNE
Bar Number: CT30816
joseph.dunne@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
929.200.8446 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*